**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Carter TILLERY, Defendant–Appellant.**

**No. 14–6750.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 11, 2014.

Decided: June 13, 2014.

Carter Tillery, Appellant Pro Se. Jessica D. Aber, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carter Tillery seeks to appeal the district court's order denying his motion to recuse the district judge in his pending 28 U.S.C. § 2255 (2012) motion proceeding. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Tillery seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*